No. 88–1035. NORTHSIDE SANITARY LANDFILL, INC. v. REILLY, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–1044. ASSOCIATION OF SEAT LIFT MANUFACTURERS ET AL. v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–1066. ESTATE OF JOHNSON ET AL. v. ENGLE ET AL.; and
No. 88–1232. ENGLE ET AL. v. ESTATE OF JOHNSON ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 858 F. 2d 361.

No. 88–1068. NANAVATI v. BURDETTE TOMLIN MEMORIAL HOSPITAL ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–1081. WORKMAN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–1108. NEW YORK TYPOGRAPHICAL UNION, NO. 6 v. ROYAL COMPOSING ROOM, INC. C. A. 2d Cir. Certiorari denied.

No. 88–1111. WILKINS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–1128. CALIFORNIA v. FOLKINS ET AL. Sup. Ct. Cal. Certiorari denied.

No. 88–1139. CERTIFIED REGISTERED NURSE ANESTHETISTS OF ANESTHESIA GROUP PRACTICE ET AL. v. ANESTHESIA GROUP PRACTICE, INC., ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 88–1174. SIMMONS, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF PENNSYLVANIA v. MOODY, TRUSTEE OF THE ESTATE OF JEANNETTE CORP., ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–1175. CLARK v. C & O RAILWAY CO. Sup. Ct. Va. Certiorari denied.